**STATE of Missouri, Respondent,**

v.

**Scotty Franklin HOOE, Appellant.**

**No. ED 98581.**

Missouri Court of Appeals, Eastern District, Southern Division.

June 4, 2013.

Rehearing Denied July 24, 2013.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 24, 2013.

Application for Transfer Denied Oct. 1, 2013.

Thad M. Brady, Jackson, MO, for appellant.

Chris Koster, Attorney General, Jennifer A. Rodewald, Asst. Atty. Gen., Jefferson City, MO, for respondent.

Before GARY M. GAERTNER, JR., C.J., ROBERT G. DOWD, JR., J., and ROBERT M. CLAYTON III, J.

PER CURIAM.

## ORDER

Scotty F. Hooe appeals the judgment of the trial court entered upon a jury's verdict convicting him of second-degree assault of a law enforcement officer and armed criminal action. We affirm.

An extended opinion would have no precedential value. We have, however, provided the parties a memorandum setting forth the reasons for our decision.

The judgment of the trial court is affirmed under Rule 30.25(b).